THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD SWEETLAND, Appellant.

Argued January 13, 1949; decided March 3, 1949.

*J. F. X. Sheridan, Harry Silver* and *Donald White* for appellant.

*Charles P. Sullivan, District Attorney* (*Henry W. Schober* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.